1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile: (415) 436-7169
7
   Attorneys for Defendant
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  ERNEST A. LEDESMA,                )
                                      )
13        Plaintiff,                  )   CIVIL NO.  03-05774 NJV
                                      )
14        v.                          )   STIPULATION AND ORDER
                                      )   APPROVING COMPROMISE
15  JO ANNE B. BARNHART,              )   SETTLEMENT OF ATTORNEY
    Commissioner of Social Security,  )   FEES PURSUANT TO THE EQUAL
16                                    )   ACCESS TO JUSTICE ACT
          Defendant.                  )
17  _____  )

18        The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with

19  defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

20  counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

21        1.  Defendant shall pay TWO THOUSAND THREE HUNDRED SIXTY THREE DOLLARS

22  AND SEVEN CENTS ($2,363.07), pursuant to the Equal Access to Justice Act (EAJA), for attorney

23  fees incurred in this court action. [1]  The check is to be payable to plaintiff's counsel:

24                         MATTHEW L. HOWARD
                                P.O. BOX 13
25                       TALMAGE, CA 95481-0013
                         (707)462-9592;fax:462-0057
26
          2.  This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not
27
    constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice
28
    Act.

    _____

    1/.  This amount includes costs.

1       3.  Payment of the TWO THOUSAND THREE HUNDRED SIXTY THREE DOLLARS

2  AND SEVEN CENTS ($2,363.07) EAJA fees incurred in this court action, will constitute a complete

3  release from and bar to any and all claims, rights, causes of action, liens or subrogated interests

4  relating to attorney fees pursuant to the EAJA as a result of this court action.

5

6

7

8  Dated:  December 5, 2005               /s/
                                    MATTHEW L. HOWARD
                                    Attorney for Plaintiff

9

10                                    KEVIN V. RYAN
                                    United States Attorney

11

12

13

14  Dated:  December 6, 2005         By:      /s/
                                      SARA WINSLOW
                                    Assistant United States Attorney

15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED:

17

18

19

20  Dated:   12/12/05

21                                NANDOR J. VADAS
                                United States District Judge

22

23

24

25

26

27

28

LEDESMA,  EAJA STIP (dh)
C 03-05774 NJV                  2